**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACLYN ANGELILLI, Individually and on behalf of D.G., a minor,<br><br>            Plaintiff,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC.; INFINITY WARD, INC.; TREYARCH CORP.; SLEDGEHAMMER GAMES, INC.; RAVEN SOFTWARE CORPORATION; MICROSOFT CORPORATION; EPIC GAMES, INC.; ROBLOX CORPORATION; WAR DRUM STUDIOS LLC d/b/a GROVE STREET GAMES; ROCKSTAR NORTH LIMITED; ROCKSTAR GAMES, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.; SONY INTERACTIVE ENTERTAINMENT, LLC; NINTENDO OF AMERICA, INC.; GOOGLE, LLC; and APPLE, INC.,<br><br>             Defendants. | Case No. 1:23-cv-16566 |

## <u>MICROSOFT CORPORATION CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Microsoft Corporation ("Microsoft"), by and through its undersigned counsel, hereby discloses that Microsoft is a publicly traded company and has no parent corporation. No publicly held corporation owns more than 10% of Microsoft's stock. The Vanguard Group, Inc. and Blackrock, Inc. are affiliates of Microsoft, owning more than 5% of Microsoft shares. The Vanguard Group, Inc. is an affiliate of Blackrock, Inc., owning more than 5% of Blackrock shares.

For purposes of diversity jurisdiction, Microsoft Corporation has its principal place of business in Redmond, Washington, and is incorporated in Washington state.

Dated: January 24, 2024                    Respectfully submitted,

*/s/ Daniel L. Stanner*

Daniel L. Stanner
Amanda N. Catalano
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
dstanner@tdrlaw.com
acatalano@tdrlaw.com

*Counsel for Defendant Microsoft Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that today, January 24, 2024, I electronically filed the foregoing **MICROSOFT CORPORATION CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES** using this Court's CM/ECF service.  All counsel of record will be served via the Court's CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Daniel L. Stanner*