UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACLYN ANGELILLI, Individually and on behalf of D.G., a minor,<br><br>  Plaintiffs,<br><br>  v.<br><br>ACTIVISION BLIZZARD, INC., et al.,<br><br>  Defendants | Case No. 1:23-cv-16566<br><br>Hon. Lindsay C. Jenkins |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
AND TO ENTER AGREED BRIEFING SCHEDULE**

Defendants Rockstar Games, Inc., Rockstar Games UK Limited (incorrectly sued as Rockstar North Limited), Take-Two Interactive Software, Inc. (the "Rockstar Defendants") respectfully move this Court for an extension of time for all Moving Defendants—the Rockstar Defendants plus Activision Blizzard, Inc., Apple Inc., Infinity Ward, Inc., Treyarch Corp., Sledgehammer Games, Inc., Raven Software Corporation, Microsoft Corporation, Epic Games, Inc., Roblox Corporation, Sony Interactive Entertainment LLC, Nintendo of America Inc., and Google LLC, (collectively, the "Moving Defendants")—to respond to Plaintiffs' complaint and for entry of an agreed-upon briefing schedule. Moving Defendants conferred with Plaintiffs and Plaintiffs agree with the proposed schedule. In support of this Motion, the Moving Defendants state as follows:

1. Plaintiffs, Jaclyn Angelilli, Individually and on behalf of D.G., a minor ("Plaintiffs"), assert claims involving video game addiction allegedly caused by D.G.'s use of video games including Fortnite, Roblox, Call of Duty, and Grand Theft Auto that were allegedly

available on Microsoft Xbox Series X, Sony PlayStation 4, Nintendo Switch, Apple iPhone, and Android devices as well as a subscription to Xbox Game Pass Ultimate. Compl., Dkt. No. 1, ¶¶ 18-32, 264-272.

2. In support of their claims, on December 6, 2023, Plaintiffs filed a 210-page, 19-count, 920-paragraph Complaint against seventeen defendants: Activision Blizzard, Inc., Infinity Ward, Inc., Treyarch Corp., Sledgehammer Games, Inc., Raven Software Corporation, Microsoft Corporation, Epic Games, Inc., Roblox Corporation, War Drum Studios LLC d/b/a Grove Street Games,[1] Rockstar Games, Inc., Rockstar North Limited, Take-Two Interactive Software, Inc., Sony Interactive Entertainment LLC, Nintendo of America Inc., Google LLC, and Apple, Inc.

3. In particular, Plaintiffs assert the following claims:

| Count No. | Claim |
|---|---|
| Count I | Strict Liability – Design Defect |
| Count II | Strict Liability – Failure to Warn |
| Count III | Strict Liability – Failure to Instruct |
| Count IV | Negligence – Design |
| Count V | Negligence – Failure to Warn |
| Count VI | Negligence – Failure to Instruct |
| Count VII | Negligence *Per Se* |
| Count VIII | Ordinary Negligence |
| Count IX | Gross Negligence |
| Count X | Intentional Infliction of Emotional Distress |
| Count XI | Negligent Infliction of Emotional Distress |
| Count XII | Violation of the Illinois Consumer Fraud and Deceptive Practices Act |
| Count XIII | Violation of the Illinois Uniform Deceptive Trade Practices Act |
| Count XIV | Fraudulent Misrepresentation |
| Count XV | Fraudulent Misrepresentation and Concealment |
| Count XVI | Fraudulent Inducement |
| Count XVII | Negligent Misrepresentation |
| Count XVIII | Civil Conspiracy |

---

[1] Plaintiffs subsequently dismissed Defendant War Drum Studios LLC d/b/a Grove Street Games. Dkt. No. 19.

| Count XIX | In-Concert Liability |
|---|---|

4. Other plaintiffs, all represented by the same law firm that is representing Plaintiffs, have filed three other federal actions and one Washington state action alleging similar claims against certain defendants in this action. These are:

- *Johnson v. Activision Blizzard, Inc., et al.*, 4:23CV04107 (filed on 11/07/2023, W.D. Ark.);
- *Dunn et al v. Activision Blizzard, Inc., et al.*, 3:23CV00224 (filed on 10/30/2023, E.D. Ark.);
- *Jimenez v. Microsoft Corporation et al.*, 3:23CV03678 (filed on 11/14/2023, S.D. Ill.); and
- *Wilson v. Activision Blizzard, Inc., et al.*, Case No. 24-2-00025-1 (filed on 1/5/2024, Skagit Cty. Sup. Ct.).

5. The Moving Defendants' responsive pleadings are due in this litigation on a range of dates from February 13, 2024 to March 4, 2024.

6. Given the length and complexity of the Complaint, and the desire to create an organized schedule for submitting briefing across the cases, the Moving Defendants respectfully request an extension of time to respond to the Complaint until April 19, 2024 for the Moving Defendants.

7. Counsel for the Moving Defendants have conferred with Plaintiffs' counsel and agreed upon the following proposed briefing schedule for this matter, which includes anticipated omnibus briefing, as well as briefing addressing individual defendants' responses to the complaint:

    Responsive Pleadings (non-motions) April 19, 2024

    Omnibus and Individual Motions:   April 19, 2024

    Omnibus Opposition:   May 24, 2024

    Individual Oppositions:   June 7, 2024

      Omnibus Reply:                      June 14, 2024

      Individual Reply:                   June 28, 2024

      8.      Certain Defendants' user agreements contain arbitration provisions. The deadlines reflected herein shall not apply to the deadline for any Defendant to file a motion to compel arbitration. Instead, the deadline for any Defendant to file a motion to compel arbitration shall be the later of (a) the deadline above or (b) thirty days after the date Plaintiffs share sufficient account information to allow Defendants to identify Plaintiffs' account(s) and the applicable terms of service. Nothing herein waives any argument any party may have with respect to arbitrability.

      9.      Good cause exists to grant this motion considering the number of parties and variability of counts alleged in Plaintiffs' complaint. This requested extension and proposed briefing schedule are not for purposes of delay or any improper purpose, but rather to allow the parties to brief complex issues in a coordinated and efficient manner, which ultimately will conserve party and judicial resources and will not prejudice any party. Defendants will submit a proposed order in accordance with this Court's standing order.

WHEREFORE, the Rockstar Defendants respectfully request that this Court enter an order extending the time for the Moving Defendants to file their responsive pleadings, and entering the briefing schedule set forth in Paragraph 7:

| | |
|---|---|
| Responsive Pleadings (non-motions) | April 19, 2024 |
| Omnibus and Individual Motions: | April 19, 2024 |
| Omnibus Opposition: | May 24, 2024 |
| Individual Oppositions: | June 7, 2024 |
| Omnibus Reply: | June 14, 2024 |
| Individual Reply: | June 28, 2024 |

Dated: January 24, 2024

Respectfully submitted,

**ROCKSTAR GAMES, INC., ROCKSTAR GAMES UK LIMITED AND TAKE-TWO INTERACTIVE SOFTWARE, INC.**

*/s/ Tonya G. Newman*
Lee J. Eulgen (leulgen@nge.com)
Tonya G. Newman tnewman@nge.com))
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle St. Suite 1700
Chicago, IL 60602
Phone: (312) 269-8000

*Attorneys for Rockstar Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the foregoing ***Joint Motion for Extension of Time and to Enter Briefing Schedule*** via email and electronic filing this 24th day of January on:

>BREEAN "BW" WALAS
>TINA BULLOCK
>DANIELLE WARD MASON
>BULLOCK WARD MASON, LLC
>3350 Riverwoods Pkwy., Suite 1900
>Atlanta, GA 30339
>*bwalas@bwmlaw.com*
>*tina@bwmlaw.com*
>*danielle@bwmlaw.com*
>
>*Attorneys for Plaintiffs*

By: */s/ Tonya G. Newman*
One of Rockstar Defendants' Attorneys

36030970.3