# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jaclyn Angelilli

                              Plaintiff,

v.                                          Case No.: 1:23−cv−16566
                                            Honorable Manish S. Shah

Activision Blizzard, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 29, 2024:

     MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time and entry of agreed briefing schedule [47] is granted. All defendants have until 4/19/24 to respond to the complaint (with answers or motions). Any omnibus response to motions is due 5/24/24 and individual responses are due 6/7/24. Any omnibus reply is due 6/14/24 and individual replies are due 6/28/24. The deadline for any party to file a motion to compel arbitration shall be the later of (a) the deadline above or (b) thirty days after the date Plaintiffs share sufficient account information to allow Defendants to identify Plaintiffs' account(s) and the applicable terms of service. Agreement to this schedule is not a waiver of any argument any party may have with respect to arbitrability. The parties must also file a joint status report by 4/19/24 reporting whether any information relevant to arbitrability has been disclosed or identified and if not, the parties' plan for disclosure or exchange of such information. The Motions for Leave to Appear Pro Hac Vice [55] [56] are granted. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.