**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JACLYN ANGELILLI, Individually and on behalf of D.G., a minor,<br><br>      Plaintiffs,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC.;<br>INFINITY WARD, INC.;<br>TREYARCH CORP.;<br>SLEDGEHAMMER GAMES, INC.;<br>RAVEN SOFTWARE CORPORATION;<br>MICROSOFT CORPORATION;<br>EPIC GAMES, INC.;<br>ROBLOX CORPORATION;<br>WAR DRUM STUDIOS LLC d/b/a<br>GROVE STREET GAMES;<br>ROCKSTAR NORTH LIMITED;<br>ROCKSTAR GAMES, INC.;<br>TAKE-TWO INTERACTIVE SOFTWARE, INC.;<br>SONY INTERACTIVE ENTERTAINMENT, LLC;<br>NINTENDO OF AMERICA, INC.;<br>GOOGLE, LLC; and<br>APPLE, INC.,<br><br>      Defendants. | Case No. 1:23-cv-16566<br><br>Judge: Honorable Lindsay C. Jenkins |

**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT AND**
**NOTIFICATION OF AFFILIATES**

      Pursuant to Federal Rule of Civil Procedure Rule 7.1(a)(1), Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, discloses that it is a publicly traded company and has no parent corporation. No publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a)(2), Apple, by and through its undersigned counsel, states that it is incorporated in California and that its principal executive offices are in Cupertino, California.

Pursuant to Northern District of Illinois Local Rule 3.2, Apple, by and through its undersigned counsel, certifies that, as of this date, based solely on Apple's review of filings with the U.S. Securities and Exchange Commission pursuant to Section 13(d) and 13(g) of the Exchange Act, The Vanguard Group, BlackRock, Inc., and Berkshire Hathaway Inc. / Warren E. Buffet own more than 5% of Apple stock.

Dated: January 30, 2024

Respectfully submitted,

/s/ *Timothy Storino*
Timothy Storino
Attorney for Defendant
APPLE INC.

Timothy Storino – ARDC 6287489
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-2846
Fax: (312) 876-7934
Email: timothy.storino@dentons.com

Andrew S. Azarmi – (*pro hac vice* forthcoming)
Dentons US LLP
1999 Harrison St., Suite 1300
Oakland, California 94612
Phone: (415) 882-5000
Fax: (415) 882-0300
Email: andrew.azarmi@dentons.com

Attorneys for Defendant APPLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

_/s/ Timothy Storino_
Timothy Storino