IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACLYN ANGELILLI, Individually and on behalf of D.G., a Minor,<br><br>     Plaintiff,<br><br>  vs.<br><br>ACTIVISION BLIZZARD, INC.; INFINITY WARD, INC.; TREYARCH CORP.; SLEDGEHAMMER GAMES, INC.; RAVEN SOFTWARE CORPORATION; MICROSOFT CORPORATION; EPIC GAMES, INC.; ROBLOX CORPORATION; WAR DRUM STUDIOS LLC d/b/a GROVE STREET GAMES; ROCKSTAR NORTH LIMITED; ROCKSTAR GAMES, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.; SONY INTERACTIVE ENTERTAINMENT, LLC; NINTENDO OF AMERICA, INC.; GOOGLE, LLC; and APPLE, INC.,<br><br>     Defendants. | Case No. 1:23-cv-16566-LCJ |

**DEFENDANT GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Google LLC, makes the following disclosures.

1.  Google LLC is a non-governmental corporate party.

2.  Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. Based on Schedule 13G filings with the U.S. Securities and Exchange Commission, no publicly traded company owns 5% or more of Alphabet Inc.

3. Following a diligent review, the following entities or individuals are affiliates of Google LLC because they own, directly or indirectly, 5% or more of Google LLC: XXVI Holdings, Inc., Alphabet Inc., Larry Page, Sergey Brin, Blackrock Inc., and Vanguard Group, Inc.

4. Jurisdiction of this action is based on diversity under 28 U.S.C. § 1332(a).

5. Defendant Google LLC, on whose behalf this certificate is filed, is a citizen of Delaware and of California based upon the citizenship of its member.

6. The undersigned disclosing party understands that, under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: February 1, 2024     Respectfully submitted,

**GOOGLE LLC**

By: /s/ *Christopher J. Schmidt*
   Christopher J. Schmidt
   BRYAN CAVE LEIGHTON PAISNER LLP
   211 North Broadway, Suite 3600
   St. Louis, MO 63102
   Telephone: 314.259.2000
   Facsimile: 314.259.2020
   Email: christopher.schmidt@bclplaw.com
   Attorney No. 6295695

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

/s/ Christopher J. Schmidt
Christopher J. Schmidt
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: 314.259.2000
Facsimile: 314.259.2020
Email: christopher.schmidt@bclplaw.com
Attorney No. 6295695