**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JACLYN ANGELILLI, individually and on behalf of D.G., a minor,

   Plaintiffs,

v.

ACTIVISION BLIZZARD, INC.,
INFINITY WARD, INC, TREYARCH CORP.,
SLEDGEHAMMER GAMES, INC.,
RAVEN SOFTWARE CORP.,
MICROSOFT CORP.,
EPIC GAMES, INC.,
ROBLOX CORP.,
ROCKSTAR NORTH LTD.,
ROCKSTAR GAMES, INC.,
TAKE-TWO INTERACTIVE SOFTWARE, INC.,
SONY INTERACTIVE ENTERTAINMENT LLC,
NINTENDO OF AMERICA, INC.,
GOOGLE, LLC, and
APPLE, INC.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:23-cv-16566

Judge Manish S. Shah

**SONY INTERACTIVE ENTERTAINMENT LLC'S
CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1 AND
NOTIFICATION OF AFFILIATES UNDER LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sony Interactive Entertainment LLC ("SIE"), by and through its undersigned counsel, hereby states that SIE is a limited liability company and wholly owned subsidiary of Sony Corporation of America. Sony Corporation of America is a wholly owned subsidiary of Sony Group Corporation, which is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange. No other publicly held corporation owns 10% or more of SIE's stock.

Pursuant to Local Rule 3.2, SIE, by and through its undersigned counsel, hereby states that after a diligent review it has identified two affiliates as defined in Local Rule 3.2(a): Sony Corporation of America and Sony Group Corporation.

Dated: February 1, 2024                                 Respectfully submitted,

                                                        /s/ Joshua H. Lerner
                                                        Joshua H. Lerner (*pro hac vice*)
                                                        **WILMER CUTLER PICKERING**
                                                          **HALE AND DORR LLP**
                                                        1 Front Street, Suite 3500
                                                        San Francisco, California 94111
                                                        (628) 235-1000
                                                        joshua.lerner@wilmerhale.com

                                                        Ari Holtzblatt (*pro hac vice)*
                                                        Karin Dryhurst (*pro hac vice*)
                                                        **WILMER CUTLER PICKERING**
                                                          **HALE AND DORR LLP**
                                                        2100 Pennsylvania Avenue NW
                                                        Washington, DC 20037
                                                        (202) 663-6000
                                                        ari.holtzblatt@wilmerhale.com
                                                        karin.dryhurst@wilmerhale.com

                                                        ***Attorneys for Defendant Sony Interactive***
                                                        ***Entertainment LLC***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 1, 2024, this document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Joshua H. Lerner*
Joshua H. Lerner