IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACLYN ANGELILLI, individually and on behalf of, D.G., a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.: 1:23-cv-16566 |
| | ) | Hon. Manish S. Shah |
| ACTIVISION BLIZZARD, INC.; INFINITY WARD, INC.; SLEDGEHAMMER GAMES, INC.; RAVEN SOFTWARE CORPORATION; MICROSOFT CORPORATION; EPIC GAMES, INC.; ROBLOX CORPORATION; ROCKSTAR NORTH LIMITED; ROCKSTAR GAMES, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.; NINTENDO OF AMERICA, INC.; GOOGLE LLC; and APPLE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO STAY PROCEEDINGS
PENDING DECISION BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Plaintiffs Jaclyn Angelilli, individually and on behalf of D.G., a minor, hereby move the Court to stay all proceedings in this action, including the current agreed briefing schedule (Dkt. 58), pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") on Plaintiffs' motion to transfer and consolidate this and four other pending federal lawsuits involving similar

claims against these (and other) defendants for coordinated pretrial proceedings.[1] This case is one of six actions[2] currently pending in federal courts across the country that arise out of allegations of addiction and harm caused by Defendants' video game products. A supporting memorandum is filed concurrently herewith.

Respectfully submitted, this 22nd day of March, 2024.

Plaintiffs Jaclyn Angelilli, individually
and on behalf of D.G., a minor

By: /s/ Breean Walas
**BULLOCK WARD MASON LLC**
Breean "BW" Walas (IL6287617)
Tina M. Bullock (admitted *pro hac vice*)
Danielle Ward Mason (admitted *pro hac vice*)
3350 Riverwood Parkway, Suite 1900
Atlanta, Georgia 30339
Telephone: (833) 296-5291
bwalas@bwmlaw.com
tina@bwmlaw.com
danielle@bwmlaw.com

---

[1] The MDL Motion and memorandum in support thereof are attached as Exhibit A. The Schedule of Actions involved filed with the JPML is attached as Exhibit B.
[2] The Schedule of Actions, Exhibit B, does not include the sixth action, *Donerson v. Epic Games, Inc., et al.*, Case No. 3:24-cv-41-JM, which was recently filed in the Eastern District of Arkansas by separate counsel and assigned to the Honorable James M. Moody, Jr..

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I electronically filed the foregoing: ***Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation*** with the Clerk of the Court using the ECF system which sent notification emails of such filing(s) to all counsel of record.

/s/ Breean Walas
Breean "BW" Walas